IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.          ) | 02: 05cr385-2 |
| ) | |
| CLARON HANNER ) | |

**MEMORANDUM ORDER**

Before the Court for disposition is the MOTION TO SUPPRESS STATEMENT OF FEBRUARY 14, 2004 filed by Defendant, Claron Hanner (Document No. 268) and the government's Response thereto (Document No. 296).

The government responds that it "does not intend to introduce in its case in chief, during the guilt phase or any potential penalty phase, the statement Hanner gave to Detectives McClure and Heberle on February 14, 2004." (emphasis in original). If Hanner testifies, the government may attempt to utilize said statement for impeachment purposes and a ruling may be sought from the Court at that time.

NOW THEREFORE, based on the government's representation, Defendant Hanner's Motion is **DENIED WITHOUT PREJUDICE.**

So **ORDERED** this 20th day of February, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Tina O. Miller , Esquire
Assistant U.S. Attorney
Email: tina.o.miller@usdoj.gov

Leo M. Dillon,
Assistant U.S. Attorney
Email: Leo.Dillon@usdoj.gov

Martin A. Dietz, Esquire
Email: MDietzEsq@aol.com

Robert E. Stewart , Esquire
Email: restjs@msn.com

Caroline M. Roberto, Esquire
Email: croberto@choiceonemail.com

Jay T. McCamic , Esquire
McCamic, Sacco, Pizzuti & McCoid, PLLC
Email: jtmccamic@mspmlaw.com